■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD BROOKINS, Appellant. [982 NYS2d 354]—Application by the appellant for a writ of error coram nobis seeking leave to prosecute an appeal from a judgment of the Supreme Court, Kings County, rendered February 2, 2004.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Rivera, J.P., Lott, Roman and Cohen, JJ., concur.